UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR24-071 |
| Plaintiff, | ) |
| | ) |
| | ) DETENTION ORDER |
| | ) |
| BOBBY JOE GREEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Conspiracy to Bring In And Transport Certain Aliens For Profit; Bringing Alien Into U.S. At Place Other Than A Designated Port of Entry; Attempted Illegal Transportation Of An Alien, Private Financial Gain; Illegal Transport And Attempted Illegal Transportation Of An Alien, Private Financial Gain; Forfeiture Allegation

<u>Date of Detention Hearing</u>:    May 8, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. A detention hearing was conducted on May 8, 2024, at which time the Court found that Defendant posed a risk of danger and a risk of nonappearance based on warrant activity, prior convictions for failure to register, the nature and circumstances of the alleged offense, as well as prior criminal history. The Court found that conditions existed that would reasonably assure future court appearances and address the risk of danger to the community, such conditions including the release plan proposed by Defendant. Subsequently, it has come to the Court's attention the release plan is no longer feasible.

2. Defendant will be detained pending the confirmation of a viable release plan approved by Pretrial Services, with reasonable notice to the government. If objections are raised by either Pretrial Services or the government, or if any party or Pretrial Services so requests, a *de novo* detention hearing should be scheduled before the duty Magistrate Judge.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE -2

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 10th day of May, 2024.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3